IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00244-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6. RONALD FONTENOT,

    Defendant.

_____

### PRELIMINARY ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read said Motion and being fully advised in the premises finds:

The United States and Defendant Ronald Fontenot entered into a Plea Agreement and Statement of Facts Relevant to Sentencing which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. §982;

THAT prior to the disposition of forfeited property, the United States Secret Service, or its designated agent, is required to seize the forfeited property and provide notice to any third parties in accordance with Fed.R.Crim.P. 32.2(b)(3);

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant Ronald Fontenot's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. §982, and Fed.R.Crim.P. 32.2:

      a.  2003 Hummer H2, VIN 5GRGN23UV3H101349, and

      b. 2005 Chrysler 300, VIN 2C3AA63H15H540857.

THAT the United States Secret Service, or its designated agent, is directed to seize the property subject to forfeiture and further to make your return as provided by law;

THAT the United States Secret Service, or its designated agent, shall publish notice of this Preliminary Order of Forfeiture and its intent to dispose of the subject property in such manner as the United States Secret Service may direct, and to make its return to this Court that such action has been completed;

THAT pursuant to Fed.R.Crim.P. 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT if no third party files a timely petition, a Final Order of Forfeiture shall enter, and the United States shall have clear title to the property and may dispose of it in accordance with law.

SO ORDERED this 17th day of January, 2007.

              BY THE COURT:

              s/ Edward W. Nottingham
              EDWARD W. NOTTINGHAM
              United States District Court Judge