IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk
Therese Lindblom, Court Reporter
Elizabeth Oppenheimer and Kurt Pierpont,
 Probation Officers

Date: September26, 2007

Criminal Action Nos. 06–cr–00244-EWN
            and      93–cr–00007-EWN

*Parties:*                                                          *Counsel:*

UNITED STATES OF AMERICA,                    Tim Neff

    Plaintiff,

v.

6.  RONALD FONTENOT,                              Scott Poland

    Defendant.

---

**SENTENCING MINUTES**

---

**9:10 a.m.**     Court in session.

Appearances of counsel.  Also present at Government's table is U.S. Postal Service agent Kelly Huber.

Discussion regarding number of victims.  Court will not apply the upward two-point adjustment for number of victims.

Discussion regarding upward adjustment for amount of loss and defendant's request for additional downward departure on Government's section 5K1.1 motion.

Argument by Mr. Neff on these issues.

*Sentencing Minutes*
*06-cr-00244-EWN*
*Chief Judge Edward W. Nottingham*
*Page 2 of 5*

Mr. Poland withdraws objection that Defendant's criminal history is over-represented.

**Defendant pled guilty on January 5, 2007, to Counts 5 and 35 of the Second Superseding Indictment.**

Mitigation statement by Mr. Poland.

Statement by Defendant.

Statement by Mr. Neff.

Court's findings.

**ORDERED: 1.**     **No fine is imposed.**

**ORDERED: 2.**     **Defendant is imprisoned for a term of seventy-two months on each count of conviction, to run concurrently.**

The court recommends FCI Englewood for service of sentence. Court recommends defendant be considered for consideration in the Residential Drug Abuse Program.

**ORDERED: 3.**     **Upon release from imprisonment, defendant shall be placed on supervised release for a period of three years.**

**ORDERED: 4.**     **Within seventy-two hours of his release from the custody of the Bureau of Prisons, defendant will report in person to the probation office in the district in which he is released.**

**ORDERED: 5.**     **Conditions of supervised release are:**

   a.   **Defendant is to observe all of the standard conditions of supervised release.**

   b.   **Defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.**

   c.   **Defendant is not to illegally possess or use controlled substances.**

*Sentencing Minutes*
*06-cr-00244-EWN*
*Chief Judge Edward W. Nottingham*
*Page 3 of 5*

      d.      **Defendant is to submit to one drug test within 15 days of his release and two other periodic tests, as directed by the probation officer.**

      e.      **Defendant is not to commit a federal, state, or local crime.**

      f.      **Defendant shall cooperate in the collection of DNA as directed by the probation officer.**

      g.      **Defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant shall be required to pay the costs of treatment as directed by the probation officer.**

      h.      **Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless he is in compliance with all periodic payment obligations imposed pursuant to the court's judgment and sentence.**

**ORDERED: 6.**    **Defendant shall make restitution payments in the total amount of $1,932,098.00. This amount is owed jointly and severally with co-defendants Nicole Puller as to $149,821.00; Glenn Puller as to $236,764.00; Talita James as to $179,463.00; Taiwan Lee as to $401,423.00; Cindy Ingram as to $31,832.00; Torrence James as to $1,712,903.00; and in case no. 06-cr-00243-LTB, with defendant Ervin Camack as to $109,400.00. It is to be satisfied no later than when the term of supervision expires. It is due and payable during the term of incarceration. Any unpaid balance is to be paid during the term of supervision in either a lump sum or in equal monthly installments, commencing within thirty days of sentencing / release. The interest requirement is waived. Any partial payments will be apportioned among the victims in the ratio to which each victim's loss bears to the total loss.**

**ORDERED: 7.**    **Defendant shall pay a special assessment fee of $200 due immediately.**

*Sentencing Minutes*
*06-cr-00244-EWN*
*Chief Judge Edward W. Nottingham*
*Page 4 of 5*

**ORDERED: 8.** **Payments made pursuant to the court's judgment shall be applied in the following order: (i.) special assessment, (ii.) restitution principal.**

**ORDERED: 9.** **Plea agreement is accepted.**

**ORDERED: 10.** **Defendant's Motion for Downward Departure Pursuant to §4A1.3(b)(1) (#281, filed March 27, 2007) is WITHDRAWN.**

**ORDERED: 11.** **Defendant's Motion for Leave to File Sentencing Statement Out of Time (#282, filed March 27, 2007) is GRANTED.**

**ORDERED: 12.** **Government's Motion for Sentencing Reduction for Defendant Ronald Fontenot Pursuant to U.S.S.G. § 5K1.1 (#290, filed March 28, 2007) is GRANTED.**

**ORDERED: 13.** **Government's Amended Motion to Dismiss Counts of the Indictment and Motion Pursuant to U.S.S.G. §3E1.1 to Award Defendant a Three Point Reduction in Offense Level for Acceptance of Responsibility (#298, filed April 4, 2007) is GRANTED.**

**ORDERED: 14.** **Government's Motion for Final Order of Forfeiture (#304, filed April 4, 2007) is GRANTED.**

**ORDERED: 15.** **Government's Supplemental Motion for Sentencing Reduction for Defendant Ronald Fontenot Pursuant to U.S.S.G. §5K1.1 (#334, filed August 14, 2007) is GRANTED.**

Defendant is advised of his right to appeal.

**93–cr–00007–EWN (Supervised Release Violation)**:

Defendant confesses to violations 2 through 7 alleged in the Petition on Supervised Release, #62; violation #1 is withdrawn by Mr. Pierpont.

Court's findings.

*Sentencing Minutes*
*06-cr-00244-EWN*
*Chief Judge Edward W. Nottingham*
*Page 5 of 5*

**ORDERED:  16.       Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of six months to run consecutively to the sentence imposed in 06-cr-00244-EWN.**

**ORDERED:  17.       Probation shall prepare a judgment in accordance with the Court's ruling.**

Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:22 a.m.**      Court in recess.

Hearing concluded.

Total time in court:     01:12