IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00244-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.  RONALD FONTENOT,

    Defendant.

_____

### FINAL ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment.  The Court having reviewed said Motion FINDS:

THAT a Preliminary Order of Forfeiture was entered on January 17, 2007;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. §982, incorporating 21 U.S.C.§853(n);

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. §982;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. §982, free from the claims of any other party:

    a.  2003 Hummer H2, VIN 5GRGN23UV3H101349, and

    b.  2005 Chrysler 300, VIN 2C3AA63H15H540857.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

SO ORDERED this 23rd day of October, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge