IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01307-WYD
Criminal Action No. 06-cr-00244-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.    RONALD FONTENOT,

    Defendant.

---

### JUDGMENT
---

Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by the Honorable Wiley Y. Daniel, the following Judgment is hereby entered:

It is ORDERED that the motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence, filed June 6, 2010, ECF No. 610, is DENIED. It is

FURTHER ORDERED that each party shall bear his or its own costs and attorney's fees.

Dated at Denver, Colorado this   27th   day of July 2010.

                            FOR THE COURT:

                            GREGORY C. LANGHAM, CLERK

                            By:  s/ Edward P. Butler
                                Edward P. Butler, Deputy Clerk